IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff-Appellee, ) | Case No. 23-5049 |
| ) | |
| v. ) | Northern District of Oklahoma |
| ) | 4:21-cr-00340-JFH-1 |
| ALEXANDER NICHOLAUS ) | |
| SWEET, ) | |
| ) | |
| Defendant-Appellant. ) | |

## Motion for Leave to File Reply

Counsel for Appellant Alexander Sweet respectfully requests leave to file a reply to the Government's response to his petition for panel rehearing or rehearing en banc. In support of this motion, counsel states:

1. On August 7, 2024, Mr. Sweet petitioned for panel and/or en banc rehearing of the Court's denial of relief in his case.

2. This Court called for a response from the Government, and the Government filed its response on August 22, 2024.

3. Mr. Sweet has submitted, concurrently with this motion, a reply to the Government's response.

4. To the extent that Mr. Sweet needs this Court's permission to file the reply, counsel requests that the Court grant such permission. *Compare Anderson Living*

*Trust v. Energen Resources Corp.*, 886 F.3d 826, 829 (10th Cir. 2018) (granting a motion for leave to file a reply), *with United States v. Bustamante-Conchas*, 838 F.3d 1038, 1039 (10th Cir. 2016) (denying "as unnecessary" a motion for leave to file a reply).

5. The Federal Rules of Appellate Procedure do not say one way or the other whether the appellant has the right to file a reply to a response to a petition for rehearing. But the rules generally contemplate (*e.g.*, in the context of motions and briefs) that, when an answer or response is filed, a reply may be filed as well. Further, as reflected in the reply, the Government's response raises a number of points that Mr. Sweet needs to address.

6. Consistent with analogous type-volume restrictions elsewhere in the Federal Rules of Appellate Procedure, Mr. Sweet has limited the length of his reply to half of that allowed for a petition for rehearing—*i.e.*, to 1,950 words or less.

7. The government has no objection to the requested relief.

WHEREFORE, Mr. Sweet respectfully requests that this motion be granted and that the Court consider the reply filed concurrently with this motion.

    Respectfully submitted,

    VIRGINIA L. GRADY
    Federal Public Defender


    */s/ Leah D. Yaffe*
    LEAH D. YAFFE
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, Colorado 80202
    (303) 294-7002
    Email: Leah_Yaffe@fd.org

## CERTIFICATE OF COMPLIANCE

As required by Fed. R. App. P. 32(g)(1), I certify that this motion is proportionally spaced and contains 313 words. I relied on my word processor to obtain the count, and the information is true and correct to the best of my knowledge.

/s/ Leah D. Yaffe
LEAH D. YAFFE
Assistant Federal Public Defender